Case No: _____ Inmate Name: Gary Allison
Date: 4-11-19 Inmate IDOC#: 76711

Gary Eugene Allison #76711 Prisoner Complaint
(full name/prisoner number)
ISCI-13-D-64A  Total Pages: 6  Inmate Initials Verifying Page Count: GA
P.O. Box-14  Document(s) 1 of 1
Boise, ID. 83707
(complete mailing address)

**U.S. COURTS**

UNITED STATES DISTRICT COURT

APR 11 2019

FOR THE DISTRICT OF IDAHO

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Gary Eugene Allison
(full name)
Plaintiff,

Case No. 1:19-cv-122-DCN
(to be assigned by Court)

v.

Corizon Medical,
Rona Segiert

PRISONER COMPLAINT

Jury Trial Requested: ☒ Yes  ☐ No

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Gary Eugene Allison. I am a citizen of the State of Idaho, presently residing at Idaho State Correctional Institution

PRISONER COMPLAINT - p. 1            (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Corizon medical**, who was acting as **Medical Provider**
   (defendant)                                         (job title, if a person; function, if an entity)
   for the **Idaho Department of Corrections**.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **6/24/2017 thru present** defendant did
   (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   **See page 4**

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: **8th Amendment, Deliberate indifference to my serious medical need for pain management**

4. I allege that I suffered the following injury or damages as a result: **Constant and severe pain which is paramount to torcher, Mental disstress**

5. I seek the following relief: **Specialized treatment by a pain Specialist, Money damages as jury finds fair**

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. **I Submit Submitted, Concern, grievance and grievance appeal**

PRISONER COMPLAINT - p. 2                                                    (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Rona Segient**, who was acting as **Health Service Director**
   *(defendant)* *(job title, if a person; function, if an entity)*

   for the **Idaho Department of Corrections**.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **6/24/2017 thru present** defendant did
   *(dates)*
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   **See page 4**

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: **8th Amendment, Deliberate indifference to my serious medical need for pain management**

4. I allege that I suffered the following injury or damages as a result: **Constant and severe pain which is paramont to torcher and mental disstress**

5. I seek the following relief: _____

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. **I submitted Concern, grievance, grievance appeal**

PRISONER COMPLAINT - p. 3 *(Rev. 10/24/2011)*

I have severe nerve damage, from my lower back down. Due to extensive damage to my spinal Cord, Caused by a birth defect that was not identified until I was forty years old. Which Causes severe and Constant pain.

The Current treatment and pain medication are totally inadequate. Before I left the Idaho department of Corrections in 2015 I was on 150 mgs. of OxyCodine a day which made the pain tollerable. There are several new treatments, like elector stimulation implants, Chemicle burning of the nerve endings and other treatment besides medication. Corizon employees said pain issues are always treated in-house, so no referals to pain specialist will be made per Corizon Custom. Corizon per policy/practice does not staff an in-house pain specialist.

IDOC's Health service director Rona Segiert, denied both grievances and requests for pain management in this regard.

Prisoner Complaint P. 4

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| ? | ? | ? | | |
| | | | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I am autistic and have a severe mental disorder I needed help to fill out this packet

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 4/11/19 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 4/11/19 *(date)*; OR *(specify other method)* _____.

Executed at ISCI *(Location)* on 4/11/19 *(Date)*.

_____
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

PRISONER COMPLAINT - p. 4 Page 5     *(Rev. 10/24/2011)*